U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 18 2020
CLERK, U.S. DISTRICT COURT
By Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**SPECIAL ORDER NO 13-6**

**SUPPLEMENTAL ORDER RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY THE COVID-19 PANDEMIC**

This Order supplements and incorporates by reference Special Order No. 13-5. Unless the parties in a particular case are notified otherwise, guilty plea proceedings scheduled to take place after March 23, 2020, through May 1, 2020, are continued to a date to be reset by each presiding judge, and guilty pleas not yet set will not be scheduled to occur during this period. The time period of the continuances and delay in setting guilty plea proceedings as implemented by this Order are excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h). The Court finds that the ends of justice served by ordering these continuances and delays outweigh the best interests of the public and each defendant's right to a speedy trial.

**SO ORDERED** this 18th day of March, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE